John B. McEntire IV
Alison K. Guernsey
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| United States of America, | |
|---|---|
| Plaintiff, | No.  CR-13-147-RHW-2 |
| v. | **Order Granting Unopposed Motion to Modify Release Conditions** |
| Shannon Stiltner, | |
| Defendant. | |

Before the Court is Shannon Stiltner's Unopposed Motion to Modify Release Conditions, ECF No. 42.  After reviewing the submitted material, and relevant authority, the Court is fully informed and hereby grants the motion.

Order:  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Accordingly, **IT IS HEREBY ORDERED:** Ms. Stiltner's Unopposed Motion to Modify Release Conditions, ECF No. 42 is **GRANTED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and distribute copies to counsel.

Dated this 11th day of December, 2013.

<u>s/Robert H. Whaley</u>
Hon. Robert H. Whaley
Senior U.S. District Judge

Order:  2