UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON STILTNER,<br><br>Defendant. | No. CR-13-0091-RHW-2<br>    CR-13-0147-RHW-2<br><br>**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT STILTNER** |

    Before the Court are the Government's Motions for Orders of Dismissal in Case No. CR 13-0091-RHW-2, ECF No. 32; and Case No. CR-13-0147-RHW-2, ECF No. 44. These matters were heard without oral argument and on an expedited basis. Jay McEntire represents Defendant Shannon Stiltner. Sean McLaughlin represents the Government.

    Pursuant to Fed. R. Crim. P. 48(a), the Government seeks voluntary dismissals, with prejudice, as to Defendant Stiltner regarding: (1) the judicially initiated contempt proceedings in Case No. CR-13-0091-RHW-2; and (2) the Indictment in Case No. CR-13-0147-RHW-2. The Court also notes that Defendant Stiltner pled guilty and has been sentenced in Case No. CR-13-0012-RMP-3, to conspiracy to commit felony criminal contempt, in violation of 18 U.S.C. §§ 371 and 401(3). As provided by the plea agreement in that case, which involved the same factual basis and allegations in the above-captioned matters, dismissal of all charges in Case Nos. CR-13-0091-RHW-2 and CR-13-0147-RHW-2 is now appropriate, and there is no objection by Defendant Stiltner.

**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT STILTNER \* 1**

The Court makes no judgment as to the merit or wisdom of the dismissals.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motions for Orders of Dismissal and to Expedite in Case No. CR 13-0091-RHW-2, ECF Nos. 32, 33; and Case No. CR-13-0147-RHW-2, ECF Nos. 44, 45, are **GRANTED**.

2. The Indictment and the Judicial Contempt proceedings in the above-captioned matters are **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel and U.S. Marshal.

**DATED** this 26th day of February, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT STILTNER * 2**

q:\rhw\acriminal\2013\13-0091\stiltner\orders of dismissal.docx